CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TORREY LAVELL WASHINGTON, Plaintiff, | ) | CASE NO. 7:16-CV-00476 |
| v. | ) | |
| TERRY MCAULIFFE, et al., Defendants | ) | By: Hon. Michael F. Urbanski Chief United States District Judge |

## ORDER

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that defendants' supplemental motion for summary judgment (ECF No. 83) is **GRANTED** and the plaintiff's complaint for violation of constitutional rights brought pursuant to 42 U.S.C. § 1983 is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

ENTERED: 03-26-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge